UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| NORTHGATE TECHNOLOGIES, INC., | |
| *Plaintiff*, | No. 12 C 7032 |
| v. | Judge Richard A. Posner |
| STRYKER CORPORATION d/b/a STRYKER ENDOSCOPY and W.O.M. WORLD OF MEDICINE AG, | |
| *Defendants*. | |

ORDER OF MAY 7, 2014

Attached to this order is the first invoice of neutral damages expert J. Gregory Sidak. The invoice lists the time spent by Prof. Sidak in completing his expert report for this case.

Northgate and the defendants will each bear half the cost ($25,000), and should mail payment to Prof. Sidak at the address shown on the invoice (Criterion Economics, LLC) within ten days.

*[signature: Richard A. Posner]*

United States Circuit Judge

May 7, 2014

From **Criterion Economics, LLC**
Accounting Department
4512 Edmunds Street, N.W.
Washington, D.C. 20007
Tel: (202) 518-5121, (202) 333-2699
U.S. Tax ID: 52-2190786

| | | | |
|---|---|---|---|
| Invoice ID | **NORTHGATE_April 2014** | Invoice For Criterion Economics | **Hon. Richard A. Posner**<br>Circuit Judge<br>U.S. Court of Appeals for the Seventh Circuit<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| Issue Date | 05/04/2014 | | |
| Due Date | 05/04/2014 (upon receipt) | | |
| Subject | Court-appointed neutral expert report on damages in Northgate Technologies, Inc. v. Stryker Corp., No. 1:12-cv-07032 | | |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Gregory Sidak (04/01/2014 - 04/30/2014) | 94.00 | $750.00 | **$70,500.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Alina Liao (04/01/2014 - 04/30/2014) | 13.00 | $435.00 | **$5,655.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Andrea de Vos (04/01/2014 - 04/30/2014) | 55.50 | $495.00 | **$27,472.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Andy Vassallo (04/01/2014 - 04/30/2014) | 55.50 | $495.00 | **$27,472.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Blount Stewart (04/01/2014 - 04/30/2014) | 39.50 | $235.00 | **$9,282.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Elizabeth Burton (04/01/2014 - 04/30/2014) | 57.00 | $495.00 | **$28,215.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Giovanna Massarotto (04/01/2014 - 04/30/2014) | 27.50 | $425.00 | **$11,687.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Jeremy Skog (04/01/2014 - 04/30/2014) | 39.00 | $495.00 | **$19,305.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Konstantin Bondarenko (04/01/2014 - 04/30/2014) | 9.50 | $465.00 | **$4,417.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Kruttika Vijay (04/01/2014 - 04/30/2014) | 110.00 | $465.00 | **$51,150.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Maria Leonor Cabanelas (04/01/2014 - 04/30/2014) | 95.00 | $465.00 | **$44,175.00** |
| Professional | [Stryker] Northgate v. Stryker (neutral expert on patent | 7.00 | $455.00 | **$3,185.00** |

| | | | | |
|---|---|---|---|---|
| Services | damages): Nathan Snow (04/01/2014 - 04/30/2014) | | | |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Pauline Cougoulic (04/01/2014 - 04/30/2014) | 78.50 | $465.00 | **$36,502.50** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Shinji Ryu (04/01/2014 - 04/30/2014) | 74.00 | $345.00 | **$25,530.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Steven Le (04/01/2014 - 04/30/2014) | 61.00 | $435.00 | **$26,535.00** |
| Professional Services | [Stryker] Northgate v. Stryker (neutral expert on patent damages): Urska Petrovcic (04/01/2014 - 04/30/2014) | 139.50 | $495.00 | **$69,052.50** |
| Product | Courtesy discount | 1.00 | -$410,137.50 | **-$410,137.50** |

**Amount Due**     **$50,000.00**

**Notes**

**PAYABLE BY ACH ELECTRONIC OR WIRE TRANSFER IN U.S. DOLLARS.**

Swift code: PNCCUS33
Routing code for WIRES ONLY: 031000053
Routing code for ACH transfers: 054000030
Account no. 5303199726
Bank: PNC Bank, 1913 Massachusetts Avenue, N.W., Washington, D.C. 20036