IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORTHGATE TECHNOLOGIES, INC.,** *Plaintiff/Counter-Defendant*, <br><br> v. <br><br> **STRYKER CORPORATION d/b/a STRYKER ENDOSCOPY,** *Defendant/Counter-Plaintiff*, **and W.O.M. WORLD OF MEDICINE AG,** *Defendant/Counter-Plaintiff.* | Case No. 12-cv-7032 <br><br> Hon. Richard A. Posner |

## W.O.M. WORLD OF MEDICINE AG AND STRYKER CORPORATION'S PROPOSED JURY INSTRUCTIONS

Defendants and Counter-Plaintiffs, W.O.M. World of Medicine AG ("WOM") and Stryker Corporation ("Stryker"), submit the following proposed jury instructions for both the liability phase (Exhibit A) and damages phase (Exhibit B) of the trial, pursuant to the Court's March 20, 2014 Order. To the extent feasible, the proposed jury instructions for the liability phase are based on the Court's instructions in *Apple, Inc., et al. v. Morotola, Inc., et al.*, Case No. 11-cv-8540 (N.D. Ill.).

Dated: May 12, 2014           W.O.M. WORLD OF MEDICINE AG

                              s/ E. Tim Walker
                              One of its attorneys

                              Michael Dockterman (3121675)
                              E. Tim Walker (6294608)
                              Edwards Wildman Palmer LLP
                              225 West Wacker Drive
                              Suite 3000
                              Chicago, IL  60606
                              T:  312-201-2000
                              F:  312-201-2555

and

Scott D. Wofsy (*pro hac vice*)
David J. Silvia (*pro hac vice*)
Edwards Wildman Palmer LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
T: 203-975-7505
F: 203-975-7180

*Attorneys for Defendant W.O.M. World of Medicine AG*

Dated: May 12, 2014

STRYKER CORPORATION

s/ Robert A. Surrette
One of its attorneys

Gregory Joseph Vogler
Robert Anthony Surrette
Merle Sylvester Elliott
McAndrews, Held & Malloy, P.C.
Northwestern Atrium Center
500 West Madison Street, Suite 3400
Chicago, IL 60661
*Attorneys for Defendant Stryker Corporation*

2

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney in the above-captioned case, hereby certify that on or before May 12, 2014, I caused a copy of the foregoing document to be served via the CM/ECF systems upon the following Counsel of Record:

> William H. Frankel
> David P. Lindner
> Laura A. Lydigsen
> Manish K. Mehta
> Brinks, Gilson & Lione
> 455 North Cityfront Plaza Drive, Suite 3600
> Chicago, IL  60611-5599
> Email:  wfrankel@brinksgilson.com
> Email:  dlindner@brinksgilson.com
> Email:  llydigsen@brinksgilson.com
> Email:  MMehta@brinksgilson.com
> *Counsel for Plaintiff Northgate Technologies, Inc.*
>
> Gregory Joseph Vogler
> Robert Anthony Surrette
> Merle Sylvester Elliott
> McAndrews, Held & Malloy, Ltd.
> Northwestern Atrium Center
> 500 West Madison Street, Suite 3400
> Chicago, IL  60661
> Email:  gvogler@mcandrews-ip.com
> Email:  bsurrette@mcandrews-ip.com
> Email:  melliott@mcandrews-ip.com
> *Counsel for Defendant Stryker Corporation*

                      s/ E. Tim Walker