IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORTHGATE TECHNOLOGIES, INC.,** *Plaintiff/Counter-Defendant*, <br><br> v. <br><br> **STRYKER CORPORATION d/b/a STRYKER ENDOSCOPY,** *Defendant/Counter-Plaintiff*, **and W.O.M. WORLD OF MEDICINE AG,** *Defendant/Counter-Plaintiff.* | Case No. 12-cv-7032 <br><br> Hon. Richard A. Posner |

### W.O.M. WORLD OF MEDICINE AG'S AND STRYKER CORPORATION'S JOINT TRIAL EXHIBIT LIST

Defendants and Counter-Plaintiffs, W.O.M. World of Medicine AG ("WOM") and Stryker Corporation, d/b/a Stryker Endoscopy ("Stryker") (together, "Defendants"), file the following joint exhibit list pursuant to the Court's Order dated March 20, 2014. Defendants intend to confer with the Plaintiff and reach agreement on a master list of trial exhibits for submission to the Court in advance of both trials. Defendants provide this initial exhibit list for both trials in order to comply with the Court's March 20, 2014 Order. Defendants, however, reserve the right to supplement, amend, correct, or otherwise modify this list in advance of either trial.

### TRIAL EXHIBIT LIST

A copy of Defendants' trial exhibit list for both the liability phase and damages phase of trial is attached as Exhibit A. By listing these documents, Defendants do not concede to the authenticity or admissibility of any of the documents.

Dated: May 12, 2014                    W.O.M. WORLD OF MEDICINE AG

                                       s/ E. Tim Walker
                                       One of its attorneys

        Michael Dockterman (3121675)
        E. Tim Walker (6294608)
        Edwards Wildman Palmer LLP
        225 West Wacker Drive
        Suite 3000
        Chicago, IL 60606
        T: 312-201-2000
        F: 312-201-2555

        and

        Scott D. Wofsy (*pro hac vice*)
        David J. Silvia (*pro hac vice*)
        Edwards Wildman Palmer LLP
        One Canterbury Green
        201 Broad Street
        Stamford, CT 06901
        T: 203-975-7505
        F: 203-975-7180

        *Attorneys for Defendant W.O.M. World of Medicine AG*

Dated: May 12, 2014         STRYKER CORPORATION

        s/ Robert A. Surrette
        One of its attorneys

        Gregory J. Vogler
        Illinois Bar No.: 6187861
        Email: gvogler@mcandrews-ip.com
        Robert A. Surrette
        Illinois Bar No.: 6243979
        Email: bsurrette@mcandrews-ip.com
        Merle S. Elliott
        Illinois Bar No.: 6281339
        Email: melliott@mcandrews-ip.com

        *Attorneys for Defendant Stryker Corporation*

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney in the above-captioned case, hereby certify that on or before May 12, 2014, I caused a copy of the foregoing document to be served via electronic mail upon the following Counsel of Record:

>William H. Frankel
>David P. Lindner
>Laura A. Lydigsen
>Manish K. Mehta
>Brinks, Gilson & Lione
>455 North Cityfront Plaza Drive, Suite 3600
>Chicago, IL  60611-5599
>Email:  wfrankel@brinksgilson.com
>Email:  dlindner@brinksgilson.com
>Email:  llydigsen@brinksgilson.com
>Email:  MMehta@brinksgilson.com
>*Counsel for Plaintiff Northgate Technologies, Inc.*
>
>Gregory Joseph Vogler
>Robert Anthony Surrette
>Merle Sylvester Elliott
>McAndrews, Held & Malloy, Ltd.
>Northwestern Atrium Center
>500 West Madison Street, Suite 3400
>Chicago, IL  60661
>Email:  gvogler@mcandrews-ip.com
>Email:  bsurrette@mcandrews-ip.com
>Email:  melliott@mcandrews-ip.com
>*Counsel for Defendant Stryker Corporation*

                                                s/ E. Tim Walker