# EXHIBIT A

Defendant W.O.M. World of Medicine AG and Stryker Corporation's Trial Exhibit List

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 1 | U.S. Patent No. 6299592 | PDX-1, DDX-1 | N/A |
| 2 | Stryker PneumoSure Manual | PDX-14 | WOM00000001 – WOM00000401 |
| 3 | Software Documentation, Continuous pressure sensing mode Version V0.2 | PDX-19 | WOM0007287 – WOM0007302 |
| 4 | Certified Copy of Prosecution History for US Patent Application No., 09/173,810 | N/A | N/A |
| 5 | January 8, 2001 Continued Prosecution Application of U.S. Patent Application No. 09/173,810 | DDX-4 | NG004178 – NG004185 |
| 6 | February 7, 2001 Office Action issued on U.S. Patent Application No. 09/173,810 | DDX-5 | NG004164 – NG004167 |
| 7 | May 7, 2001 Response to Office Action on U.S. Patent Application No. 09/173,810 | DDX-6 | NG004149 – NG004163 |
| 8 | May 23, 2001 Notice of Allowance and Issue Fee Due Notice on U.S. Patent Application No. 09/173,810 | DDX-7 | NG004136 – NG004138 |
| 9 | Adapter for Tube Set | DDX-34 | N/A |
| 10 | Instruction sheet for tube set adapter | DDX-35 | N/A |
| 11 | Global Insufflator output-ports, Insufflation tubing fittings and adapters | DDX-45 | NG007267 |
| 12 | Snowden Pencer Computerized Insufflation | DDX-50 | NG004548-NG004551 |
| 13 | Demonstration Exhibit – Veress needle | DDX-52 | N/A |
| 14 | Demonstration Exhibit – Stryker Tubing Set | DDX-55 | N/A |
| 15 | Demonstration Exhibit – Separate Sensing Line on Stryker Tube Set | DDX-56 | N/A |
| 16 | Demonstration Exhibit – Large diameter tube – main flow line | DDX-57 | N/A |
| 17 | Demonstration Exhibit – Autosuture Versaports | DDX-58 | N/A |
| 18 | Demonstration Exhibit – Autosuture Versaports | DDX-59 | N/A |

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 19 | Demonstration Exhibit – Sterile Pack Containing Tube Set; Part No. 620-040-680 | DDX-60 | N/A |
| 20 | Demonstration Exhibit – Sterile Pack Containing Tube Set; Part No. 620-040-660 | DDX-61 | N/A |
| 21 | Snowden/Pencer Unit flow rate figures (pgs. 82-83) | DDX-79 | N/A |
| 22 | Email from Peter Manzie to Robert Mantell re: Warming and Humidication | DDX-87 | NG004867-4868 |
| 23 | Email from Peter Manzie to Jim Seidmon re: insufflator dd Nov. 16, 2007 | DDX-93 | NG004958 |
| 24 | Standard Insufflation Cross Comparison Testing | DDX-94 | NG007458-7461 |
| 25 | Email from Peter Manzie to Jim Seidmon re: Insufflator dd Nov. 21, 2007 | DDX-95A | NG007059.1 |
| 26 | Nortech Bd. Meeting Summary | | NG005041-42 |
| 27 | Insufflator Performance Matrix - 2009 | | NG007325 |
| 28 | DE 42 19 859 A1 | 35 U.S.C. 282 Notice | STRNG00004655- |
| 29 | Certified English translation of DE | 35 U.S.C. 282 Notice | STRNG00004637- |
| 30 | DE 43 39 876 A1 | 35 U.S.C. 282 Notice | STRNG00004687-STRNG00004694 |
| 31 | Certified English translation of DE 43 39 876 A1 | 35 U.S.C. 282 Notice | STRNG00004671-STRNG00004686 |
| 32 | JP H6-209901 | 35 U.S.C. 282 Notice | STRNG00000136- |
| 33 | Certified English translation of JP | 35 U.S.C. 282 Notice | STRNG00000126- |
| 34 | GB 2 198 948 A | 35 U.S.C. 282 Notice | STRNG00004735-STRNG00004758 |
| 35 | U.S. 3,982,533 | 35 U.S.C. 282 Notice | STRNG00000158-STRNG00000163 |
| 36 | U.S. 5,908,402 | 35 U.S.C. 282 Notice | NG000306-NG000315 |
| 37 | U.S. 5,360,396 | 35 U.S.C. 282 Notice | STRNG00000312-STRNG00000-318 |
| 38 | DE 27 33 650 A1 | 35 U.S.C. 282 Notice | |
| 39 | U.S. 5,328,458 | 35 U.S.C. 282 Notice | NG000237-NG000266 |
| 40 | U.S. 5,676,155 | 35 U.S.C. 282 Notice | NG00291-NG00296 |
| 41 | Snowden Pencer Manual | PDX-174 | CF00126-132 |

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 42 | Snowden Pencer Operations and Main. Manual | PDX-176 | NG000425-450 |
| 43 | Computerized Insufflation Brochure | PDX-175 | NG004548-NG004551 |
| 44 | Affidavit of M. Frazier (CareFusion) | N/A | N/A |
| 45 | Northgate Device | N/A | N/A |
| 46 | Snowden-Pencer Device | DDX-120 | N/A |
| 47 | PneumoSureXL Device | DDX-116 | N/A |
| 48 | Tube Set | DDX-117 | N/A |
| 49 | Tube Set | DDX-121 | N/A |
| 50 | Tube Set | DDX-122 | N/A |
| 51 | Expert Reports of S. Dubowsky and all accompanying exhibits and attachments | PDX-163 | N/A |
| 52 | Expert Rebuttal Report of S. Dubowsky and all accompanying exhibits and attachments | PDX-162 | N/A |
| 53 | Testing Data | Dubowsky Report | WOM0021673 |
| 54 | Expert Report of C. Walker and all accompanying exhibits and attachments | PDX-170 | |
| 55 | Expert Report of D. Lipson and all accompanying exhibits and attachments | N/A | N/A |
| 56 | November 5, 2004 email from P. Manzie to K. Leung | PDX-73 | N/A |
| 57 | March 29, 2005 email from P. Manzie to K. Leung | PDX-78 | N/A |
| 58 | November 5, 2004 email from P. Manzie to K. Leung | DDX-90 | N/A |
| 59 | September 11, 2007 Advice of Counsel Letter to K. Leung and all attachments and addenda | PDX-126 | N/A |
| 60 | February 2007 Email from K. Leung | PDX-128 | N/A |
| 61 | Functional Specifications for Pneumo Sure High Flow Insufflator | PDX-128A | N/A |
| 62 | March 9, 2007 Email from K. Leung | PDX-129 | N/A |
| 63 | March 23, 2007 Email from K. Leung | PDX-131 | N/A |
| 64 | May 30, 2007 Email from K. Leung | PDX-139 | N/A |

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 65 | August 28, 2007 Letter from D. Thiel | PDX-142 | N/A |
| 66 | September 11, 2007 Email from D. Thiel | PDX-143 | N/A |
| 67 | Pneumo Sure 45L Insufflator PPQA #1700 Binder 1 of 2 | PDX-144 | N/A |
| 68 | Pneumo Sure 45L Insufflator PPQA #1700 Binder 2 of 2 | | STRNG00027125-STRNG00028067 |
| 69 | U.S. Patent Number 4,938,079 | DDX-115 | N/A |
| 70 | Northgate's Response to W.O.M. World of Medicine A/G's First Set of Interrogatories (excerpt of Response to Interrogatory No. 6) | DDX-15 | N/A |
| 71 | Northgate Response to Defendant Stryker Corporation d/b/a Stryker Endoscopy's First Set of Interrogatories to Plaintiff (excerpt of Response to Interrogatory No. 4) | DDX-31 | N/A |
| 72 | Stryker's Final Invalidity and Unenforceability Contentions and all Exhibits and Attachments | N/A | N/A |
| 73 | WOM's Final Invalidity and Unenforceability Contentions and all Exhibits and Attachments | N/A | N/A |
| 74 | Stryker's Final Non-Infringement Contentions and all Exhibits and Attachments | N/A | N/A |
| 75 | WOM's Final Non-Infringement Contentions and all Exhibits and Attachments | N/A | N/A |
| 76 | Stryker's Supplemental Non-Infringement Contentions and all Exhibits and Attachments | N/A | N/A |
| 77 | Stryker's Supplemental Invalidity and Unenforceability Contentions and all Exhibits and Attachments | N/A | N/A |
| 78 | Any documents for foundation, impeachment, or rebuttal | | N/A |
| 79 | Any demonstrative exhibits | | N/A |
| 80 | Expert Report of D. Yurkerwich and all accompanying exhibits and attachments | DDX-126 | N/A |

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 81 | Fiscal year 2012-2013 Overview (redacted) | DDX-37 | NG005188-NG005190 |
| 82 | Northgate Insufflator Sales Figures from January 2007 to December 2012 | DDX-68 | NG004436 |
| 83 | Northgate Tubing Set Sales Figures from January 2007 to December 2012 | DDX-69 | NG004436 |
| 84 | Memorandum from Peter Manzie re: Insufflator Comparison | DDX-39 | NG007451-NG007452 |
| 85 | General Insufflation market Information – August, 2012 | DDX-41 | NG006645 |
| 86 | Memorandum from Peter Manzie re: More insufflator Data | DDX-43 | NG006330-NG006331 |
| 87 | OEM Agreement between Northgate Technologies Incorporated and Linvatec Corporation of Florida dated May 23, 2002 | DDX-81 | NG003327-3363 |
| 88 | May 12, 2000 OEM Agreement between Northgate Technologies Incorporated and Smith + Nephew, Inc. | DDX-33 | NG003367 – NG003392 |
| 89 | Northgate's Sales Figures | DDX-47 | NG004436 |
| 90 | Email from Peter Manzie to Jim Seidmon re: insufflator dd Dec. 13, 2007 | DDX-96A | NG007062.1 |
| 91 | Ernst & Young Financial Statement for Northgate Technologies Inc. dated March 31, 2012 | DDX-98 | NG015154-NG015169 |
| 92 | Ernst & Young Financial Statement for Northgate Technologies Inc. dated March 30, 2013 | DDX-99 | NG015140-NG015153 |
| 93 | Insufflator Sales pre 2007 spreadsheet | DDX-100 | NG015297 |
| 94 | Northgate Sales Info re 592 Patent spreadsheet from 2007 to 2013 | DDX-101 | NG015297 |
| 95 | Northgate Tubing Sales Info spreadsheet from 2007 to 2012 | DDX-102 | NG015297 |

5

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 96 | OEM Agreement between Northgate Technologies Inc. and Smith + Nephew, Inc. dated May 12, 2000 | DDX-103 | NG003367-NG003392 |
| 97 | OEM Agreement Letter dated April 22, 2004 from Robert Mantell to Smith & Nephew, Inc. (Mr. Mickey Hallmark) | DDX-104 | NG003364-NG003366 |
| 98 | OEM Agreement between Northgate Technologies Inc. and Circon Corporation dated August 7, 2001 | DDX-105 | NG003262-NG003282 |
| 99 | Schedule A Products and Pricing | DDX-106 | NG003283-NG003289 |
| 100 | Amendment One to Agreement between Northgate Technologies Inc. and Gyrus ACMI, Inc. dated February of 2007 | DDX-107 | NG003293-NG003322 |
| 101 | Amendment Two to Agreement between Northgate Technologies Inc. and Gyrus ACMI, Inc. dated April of 2007 | DDX-108 | NG003290-NG003292 |
| 102 | ACMI Circon Insufflator Prices Rev. 6 dated January 17, 2003 | DDX-109 | NG003260 |
| 103 | ACMI Circon Corporation Special Requirements Turbo Flow 8000; In-Line Gas Warmer dated December of 2001 | DDX-110 | NG003261 |
| 104 | Northgate Technologies Inc. Costed Bills of Material dated February 26, 2014 | DDX-111 | NG015298 |
| 105 | Expert Report of Gregory Sidak and all accompanying exhibits and attachments | N/A | N/A |
| 106 | Stryker Sales Document | PDX-158 | STRNG00028795 |
| 107 | WOM Cost Documents | N/A | WOM0006306 |
| 108 | WOM Cost Documents | N/A | WOM0021658 |
| 109 | Northgate Tech (Nortech) 2.ppt | Yurkerwich Materials | N/A |
| 110 | 120227 Korrelation Schäuche, Geräte.xls | Yurkerwich Materials | N/A |

| Exhibit No. | Description | Deposition No. | Bates Stamp |
|---|---|---|---|
| 111 | 120227 Schlauchzahlentwicklung_english.doc | Yurkerwich Materials | N/A |
| 112 | Stryker F114 and F114 Tubing Absatz Umsatz-1.xls | Yurkerwich Materials | N/A |
| 113 | Adapter 2202998 2012_2013.xls | Yurkerwich Materials | N/A |
| 114 | Northgate F112 Units 2004 - 2006.xls | Yurkerwich Materials | N/A |
| 115 | Calculation_removal_of_RTP.xls | Yurkerwich Materials | N/A |
| 116 | Stryker F114 Units_Tubing Northgate Interrogatory 3 COST.xls | Yurkerwich Materials | N/A |
| 117 | WOM0020259_English.doc (English Translation) | Yurkerwich Materials | WOM0020259 |
| 118 | 2202844 FERT F114 Stryker 45L XL SIDNE.xls | Yurkerwich Materials | N/A |
| 119 | BOM for Pneumo Sure and Tubesets 30May07.doc | Yurkerwich Materials | N/A |
| 120 | FERT F114 Stryker 45L SIDNE.xls | Yurkerwich Materials | N/A |

7