IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORTHGATE TECHNOLOGIES, INC.** | |
| *Plaintiff*, | Case No.: 1:12-cv-7032 |
| v. | Honorable Richard A. Posner |
| **STRYKER CORPORATION d/b/a STRYKER ENDOSCOPY and W.O.M. WORLD OF MEDICINE AG** | |
| *Defendants*. | |

PLAINTIFF NORTHGATE TECHNOLOGIES, INC.'S
PROPOSED VOIR DIRE QUESTIONS FOR THE JURY (DAMAGES)

Pursuant to the Court's Order of March 20, 2014, Plaintiff Northgate Technologies, Inc. ("Northgate") submits the following proposed voir dire questions:

1. Please introduce yourself, state your occupation, and tell me your favorite way to spend your free time.

2. Please describe your service in the military (including branch, years of service, highest rank achieved, duties, nature of discharge), if any.

3. Have you or any members of your immediate family ever owned a business or been self-employed?

4. Name a person you admire and explain why.

5. Have you, a close friend, or a family member ever been employed, trained, or had any experience in any of the following areas? If yes to any, please explain:

    (a) Law

    (b) Medicine

    (c) Nursing

    (d) Engineering

      (e)      Medical device industry

6. Have you, any members of your family or close friends ever been involved in a lawsuit? If, yes, was there a settlement or an award of money? Did you think it was a fair award?

7. Have any of you ever seen, heard, or read anything about this case or about the dispute between these companies?

8. You have been given several lists. Companies (Northgate Technologies, Stryker Corporation, Stryker Endoscopy, and W.O.M. World of Medicine). Attorneys (All counsel and their respective law firms). Witnesses (All Witnesses).

**One is a list of four companies.**

    (a)    Are any of you personally acquainted with any officer, director, or employee of any of these companies? If so, please explain.

    (b)    Do any of you, or any of your household, own stocks or bonds in any of these companies? If so, which?

    (c)    Do you, or any of your family members, own products made by these companies? If so, which?

    (d)    Have you or a member of your family had any dealings with, or relied financially in any way on, any of the companies? If so, which?

    (e)    Have you, or any of your family members, or anyone close to you ever had any negative experience with any of the products of any of these companies? If so, please explain.

**Another is a list of attorneys and their respective law firms.**

    (f)    Are any of you related to, or personally acquainted in any way with, any of the attorneys on this list? If yes, please explain.

    (g)    Have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

**The last is a list of witnesses.**

    (h)    Are any of you related to, or personally acquainted with, any of the witnesses on this list? If so, please explain.

9. Do any of you have a health problem or other considerations which might make it difficult for you to serve as a member of the jury in this case?

10. Have any of you ever served as a juror before? If so, was it in a civil or criminal case? Were you the foreperson?

11. As a juror, you are obligated to follow the law given to the jury by the Court. Is there anyone who would be unwilling or unable to follow the law as given in the instructions, disregarding your own notions or ideas as to what the law is or ought to be?

12. A jury has already determined that Stryker and W.O.M. infringe Northgate's patents and this trial is limited to the amount of damages that Northgate should be awarded. Do you have any problem relying on a verdict from another trial?

13. Does anyone know a juror from the previous trial?

14. Do any of you know any other member of this prospective jury panel? If so, would it pose any problem for you should both you and the other prospective juror serve together as jurors in this case?

15. Have you, a family member, a close friend, or a current or former employer ever applied for a patent or been involved in a patent lawsuit?

16. Have you or anyone you know ever worked for the United States Patent & Trademark Office?

17. Do you know how much its costs for a company to get a patent or how long it takes?

18. Do you have any positive or negative views about the performance of government agencies?

19. Do you have any positive or negative views about the performance of the United States Patent & Trademark Office?

20. Do you have any strong opinions about a patent granting monopolies to inventors or their employer?

21. Do you believe that medical companies should profit from their products? Do you believe that it would be wrong for a company to profit from an invention or discovery?

22. Have you ever had the experience of someone taking or using an idea of yours without permission? What happened?

23. Does anyone believe that lawsuits award too much money?

24. Do you believe there should be a limit on how much a plaintiff can win from a lawsuit?

25. Do you believe a lawsuit award should be limited, even if the evidence proves a large award is an appropriate compensation for the harm that was caused?

26. Would you award a proven damages amount to Northgate, even if you personally thought it was too much money?

27. Have you, a family member, or a close friend ever worked for any company that develops, manufactures, markets, or services medical devices, medical equipment, medical instruments, or medical systems?

28. Have you, a family member, or a close friend ever had laparoscopic or minimally invasive surgery?

29. Have you, a family member, or a close friend ever experienced serious or life-threatening complications from a surgery? Have you had a family member or close friend die from after surgical complications?

30. Do you regularly read articles regarding the competition in the medical or health care industries?

31. Do you regularly read articles regarding Northgate Technologies, Stryker Corporation, Stryker Endoscopy, and W.O.M. World of Medicine, their products, or performance? Which companies? To what extent?

32. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and instructions as to the law?

WHEREFORE, Northgate requests the foregoing questions be posed to the jury panel and that the Court delve more fully into the possible bias or prejudice of any potential juror based on their answers to these questions.

Dated this 12th day of May, 2014                Respectfully submitted,

                                                Northgate Technologies, Inc.

                                                /s/ *David P. Lindner*
                                                William H. Frankel
                                                Illinois Bar No.: 3127933
                                                Email: wfrankel@brinksgilson.com
                                                Robert S. Mallin

4

Illinois Bar No. 6205051
Email: rmallin@brinksgilson.com
David P. Lindner
Illinois Bar No.: 6283382
Email: dlindner@brinksgilson.com
Laura A. Lydigsen
Illinois Bar No.: 6286759
Email: llydigsen@brinksgilson.com
Manish K. Mehta
Illinois Bar No.: 6290204
Email: mmehta@brinksgilson.com
James M. Oehler
Illinois Bar No.: 6301897
Email: joelher@brinksgilson.com
Brinks Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

Attorneys for:
*Northgate Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2014, I electronically filed the foregoing **Plaintiff Northgate Technologies Inc.'s Proposed Voir Dire Questions for the Jury (Damages)** with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all persons registered for ECF in this case as of that date.

                                      /s/ *David P. Lindner*
                                      *Attorney for Northgate Technologies, Inc.*