**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NORTHGATE TECHNOLOGIES, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Case No.:     1:12-cv-7032** |
| v. | § | |
| | § | **Honorable Richard A. Posner** |
| **STRYKER CORPORATION d/b/a** | § | |
| **STRYKER ENDOSCOPY and** | § | |
| **W.O.M. WORLD OF MEDICINE AG** | § | |
| | § | |
| *Defendants.* | § | |

**Exhibit List of Plaintiff, Northgate Technologies, Inc.**

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 1. | US Patent 6,299,592 B1 - Laparoscopic Insufflator | | PX-001 | | | | |
| 2. | W.O.M. - Organizational Chart | WOM0007317 - WOM0007317 | PX-002 | | | | |
| 3. | Northgate's Rule 30(B)(6) Notice to Defendant W.O.M. World of Medicine AG | | PX-003 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 4. | W.O.M. - Website of Office Locations | | PX-004 | | | | |
| 5. | F113/F114 Comparison | WOM0004793 - WOM0004797 | PX-005 | | | | |
| 6. | W.O.M. 510(K) | WOM0006649 - WOM0007179 | PX-006 | | | | |
| 7. | W.O.M. F114 Functional Specifications | WOM0019589 - WOM0019665 | PX-007 | | | | |
| 8. | W.O.M. F114 Functional Specifications | WOM0011494 - WOM0011562 | PX-008 | | | | |
| 9. | W.O.M. F114 Functional Specifications | WOM0004474 - WOM0004489 | PX-009 | | | | |
| 10. | W.O.M. F114 Functional Specifications | WOM0011334 - WOM0011342 | PX-010 | | | | |
| 11. | W.O.M. F114 Functional Specifications | WOM0001556 - WOM0001565 | PX-011 | | | | |
| 12. | W.O.M. F114 Functional Specifications/Translation | WOM0001556 - WOM0001567 | PX-011T | | | | |
| 13. | How RTP Works - Description of RTP Feature of PneumoSure (F114) | WOM0007303 - WOM0007305 | PX-012 | | | | |
| 14. | W.O.M. F114 Functional Specifications | WOM0001566 - WOM0001627 | PX-013 | | | | |
| 15. | Pneumo Sure OPS Manual | WOM0000001 - WOM0000401 | PX-014 | | | | |
| 16. | How RTP Works - Photograph | NG000319 - NG000319 | PX-015 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 17. | How RTP Works - Photograph | NG000320 - NG000320 | PX-016 | | | | |
| 18. | How RTP Works - Photograph | NG000321 - NG000321 | PX-017 | | | | |
| 19. | How RTP Works - Photograph | NG000322 - NG000322 | PX-018 | | | | |
| 20. | How RTP Works - Software Documentation Continuous Pressure Sensing Mode | WOM0007287 - WOM0007302 | PX-019 | | | | |
| 21. | How RTP Works - CPS system diagram | WOM0001464 - WOM0001464 | PX-020 | | | | |
| 22. | Zander '592 Patent - Declaration on Patent Rights | WOM0008109 - WOM0008110 | PX-021 | | | | |
| 23. | Zander '592 Patent - Patent Review | WOM000007312 - WOM000007313 | PX-022 | | | | |
| 24. | Zander '592 Patent - Comparison gas flow pressure source to abdomen Northgate/WOM | WOM0015366 - WOM0015369 | PX-023 | | | | |
| 25. | W.O.M. F114 Functional Specifications | WOM0009140 - WOM0009153 | PX-024 | | | | |
| 26. | W.O.M. F114 Functional Specifications | WOM0011343 - WOM0011351 | PX-025 | | | | |
| 27. | W.O.M. F114 Functional Specifications | WOM0001536 - WOM0001537 | PX-026 | | | | |
| 28. | W.O.M. F114 Functional Specifications | WOM0011416 - WOM0011493 | PX-027 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 29. | W.O.M. F114 Functional Specifications - Theoretical Design Analysis of Project F114 Pneumosure 45L | WOM0001685 - WOM0001697 | PX-028 | | | | |
| 30. | Analysis of Nortech - Summary of Product Bench Marking Performed in Respect to Project F114 | WOM0007194 - WOM0007223 | PX-029 | | | | |
| 31. | Analysis of Nortech - Native | WOM0001466-Nortechomniflator | PX-030 | | | | |
| 32. | Analysis of Nortech - Non-Native | WOM0001466 - WOM0001513 | PX-031 | | | | |
| 33. | Analysis of Nortech - Competitor Analysis: Northgate Technologies | WOM0007228 - WOM0007248 | PX-032 | | | | |
| 34. | PneumoSure Operational Manual - Insufflator F114 | WOM0001538 - WOM0001551 | PX-033 | | | | |
| 35. | PneumoSure Operational Manual - High Flow Insufflator | WOM0001866 - WOM0001868 | PX-034 | | | | |
| 36. | PneumoSure Operational Manual - Stryker Endoscopy | WOM0001923 - WOM0001982 | PX-035 | | | | |
| 37. | US Patent 6,299,592 B1 - Laparoscopic Insufflator | WOM0007559 - WOM0007576 | PX-036 | | | | |
| 38. | W.O.M. First Supplemental Answers to Plaintiff's First Set of Interrogatories. | | PX-044 | | | | |
| 39. | Agreement Between Stryker and W.O.M. | WOM0006269 - WOM0006299 | PX-045 | | | | |
| 40. | Stryker's Product Line | WOM0004096 - WOM0004119 | PX-046 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 41. | Stryker's Product Line - Native Printout | | PX-046A | | | | |
| 42. | Presentation regarding Pneumo Sure Advanced | WOM0002048 - WOM0002055 | PX-047 | | | | |
| 43. | Correspondence from E. Tim Walker to William Frankel re: W.O.M. Privilege Log. | | PX-048 | | | | |
| 44. | Interrogatory NO. 3 | WOM0006306 - WOM0006476 | PX-049 | | | | |
| 45. | Excel Spreadsheet of Stryker F114 Units Tubing Northgate Interrogatory 3 (Compatibility Mode) | | PX-049A | | | | |
| 46. | Chart - Stryker F114 and F114 Tubing Absatz, Umsatz from Launch Date until Nov. 9, 2012 | | PX-049B | | | | |
| 47. | Multifunction Insufflator F114 Specifications Sheet | WOM0001566 - WOM0001627 | PX-013T | | | | |
| 48. | WOM Operating Concept F114 | WOM0019628 - WOM0019641 | PX-050 | | | | |
| 49. | WOM Operating Concept F114 - Translation | WOM0019628 - WOM0019641 | PX-050T | | | | |
| 50. | WOM Kick off Meeting for the RM Process for Insufflator F114 | WOM0012415 - WOM0012416 | PX-051 | | | | |
| 51. | WOM Kick off Meeting for the RM Process for Insufflator F114 - Translation | WOM0012415 - WOM0012416 | PX-051T | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 52. | WOM Performance Specifications Critical Review Product F114 | WOM0011631 - WOM0011634 | PX052 | | | | |
| 53. | WOM Performance Specifications Critical Review Product F114 - Translation | WOM0011631 - WOM0011634 | PX-052T | | | | |
| 54. | WOM Patent Review in regards to project Pneumosure | STRNG00005545 - STRNG00005546 | PX-053 | | | | |
| 55. | WOM Patent Review in regards to project Pneumosure | WOM0014593 - WOM0014594 | PX-054 | | | | |
| 56. | Operational Diagram 45L Core Insufflator | WOM000007314 - WOM000007316 | PX-055 | | | | |
| 57. | Northgate's Rule 30(B)(6) Notice to Defendant Stryker Corporation d/b/a Stryker Endoscopy | | PX-056 | | | | |
| 58. | 45 Liter Insufflator - Finding Pneumo | STRNG00001452 - STRNG00001454 | PX-057 | | | | |
| 59. | PneumoSure Insufflator Tube Set Adaptor Short Instructions (US) | STRNG00017418 - STRNG00017419 | PX-058 | | | | |
| 60. | Stryker Product Lifecycle Chart (Produced in Native Format) | STRNG00019206 - STRNG00019206 | PX-059 | | | | |
| 61. | 45 Liter Insufflator Pneumo Sure | STRNG00019171 - STRNG00019174 | PX-060 | | | | |
| 62. | Stryker Webpage - PneumoSure 45L Insufflator | | PX-061 | | | | |
| 63. | Stryker Webpage - Book a Demo | | PX-062 | | | | |
| 64. | Stryker Webpage - Request for Information | | PX-063 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 65. | Stryker Pneumo Sure High Flow Insufflator Manual | STRNG00017012 - STRNG00017417 | PX-064 | | | | |
| 66. | Stryker Pneumo Sure Insufflator & Tubeset Functional Specifications | STRNG00001879 - STRNG00001892 | PX-065 | | | | |
| 67. | Stryker U.S. Price Guide 2008 | STRNG00010409 - STRNG00010594 | PX-066 | | | | |
| 68. | Stryker U.S. Price Guide 2009 (Pocket Guide) | STRNG00012370 - STRNG00012518 | PX-067 | | | | |
| 69. | Stryker U.S. Product Guide 2012 (Full Size) | STRNG00010889 - STRNG00011029 | PX-068 | | | | |
| 70. | Stryker Presentation | STRNG00019744 - STRNG00019807 | PX-069 | | | | |
| 71. | Pneumosure Insufflator Service Guide | STRNG00019021 - STRNG00019170 | PX-070 | | | | |
| 72. | Stryker Pneumo Sure - Insufflator for Laparoscopy and Vessel Harvesting Quick Start Guide | STRNG00001871 - STRNG00001874 | PX-071 | | | | |
| 73. | U.S. Price Guide 2010 (Pocket Guide) | STRNG00012519 - STRNG00012668 | PX-072 | | | | |
| 74. | U.S. Price Guide 2011 (Pocket Guide) | STRNG00012669 - STRNG00012822 | PX-073 | | | | |
| 75. | Advances in Minimally Invasive Surgery - Total Laparoscopic Solutions | STRNG00020365 - STRNG00020380 | PX-072 | | | | |
| 76. | Email from Peter Manzie to Kevin Leung re Warming & Humidification Product | NG004877 - NG004881 | PX-073 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 77. | Email from Kevin Leung to Peter Manzie re Warming & Humidification Product | NG004889 - NG004894 | PX-074 | | | | |
| 78. | Email from Peter Manzie to Annie Heath re Nortech Profile | NG004903 - NG004904 | PX-075 | | | | |
| 79. | Email from Peter Manzie to Kevin Leung and Chad Evans re Warmer Humidification | NG004905 - NG004905 | PX-076 | | | | |
| 80. | Email from Peter Manzie to Kevin Leung re Nortech | NG004921 - NG004921 | PX-077 | | | | |
| 81. | Email from Peter Manzie to Kevin Leung re Nortech Proposal | NG004942 - NG004946 | PX-078 | | | | |
| 82. | Email from Peter Manzie to Robert Mantell re Nortech Proposal | NG004947 - NG004949 | PX-079 | | | | |
| 83. | Email from Peter Manzie to Chad Evans re Nortech Proposal | NG004950 - NG004952 | PX-080 | | | | |
| 84. | Kevin Leung Notebook - June 2003 | STRNG00019669 - STRNG00019714 | PX-081 | | | | |
| 85. | Kevin Leung Notebook - January 2005 | STRNG00019715 - STRNG00019732 | PX-082 | | | | |
| 86. | Kevin Leung Notebook | STRNG00019733 - STRNG00019743 | PX-083 | | | | |
| 87. | Defendant Stryker Corporation d/b/a Stryker Endoscopy's Response to Plaintiff's First Set of Interrogatories to Stryker Corporation (Nos. 1-14) | | PX-084 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 88. | Email from G. Pina Garcia to Endo Weekly Report re Endo Weekly Report | STRNG00020016 - STRNG00020019 | PX-085 | | | | |
| 89. | Stryker Endoscopy Charts - Produced in Native Format | STRNG00020019 - STRNG00020019 | PX-086 | | | | |
| 90. | Email from Justin Smith to Peter Pascoal, Jason Malkin, Alicia Williams, Rohini Yadla and Dimitri Sokolov re Endo Weekly Report | STRNG00016779 - STRNG00016782 | PX-087 | | | | |
| 91. | Stryker Endoscopy Charts - Produced in Native Format | STRNG00016782 - STRNG00016782 | PX-088 | | | | |
| 92. | Stryker Meeting Agenda: WOM Supplier Review | STRNG00005655 - STRNG00005656 | PX-092 | | | | |
| 93. | Stryker Meeting Agenda: WOM Supplier Review | STRNG00005657 - STRNG00005658 | PX-093 | | | | |
| 94. | Chart Representing Communication Paths between Stryker & WOM | STRNG00005479 - STRNG00005481 | PX-094 | | | | |
| 95. | Agreement Between Stryker and W.O.M. | STRNG00005547 - STRNG00005577 | PX-095 | | | | |
| 96. | Agreement Between Stryker and W.O.M. | STRNG00005578 - STRNG00005607 | PX-096 | | | | |
| 97. | WOM Pre-Assessment Stakeholder Agenda | STRNG00006983 - STRNG00006983 | PX-097 | | | | |
| 98. | Email from Erin Cruz re WOM Call Meeting Minutes 8.30.12 | STRNG00016831 - STRNG00016832 | PX-098 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 99. | WOM World of Medicine/Stryker Total Endoscopy 2012 Quality Scorecard (Produced in Native Format) | STRNG00016832 - STRNG00016832 | PX-099 | | | | |
| 100. | 620040660, 620040680, 620040690 Tubesets for Pneumo Sure | STRNG00004961 - STRNG00004991 | PX-100 | | | | |
| 101. | WOM Supplier Review | STRNG00005789 - STRNG00005801 | PX-101 | | | | |
| 102. | Pneumo Sure High Flow Insufflator User Manuel | STRNG00024902 - STRNG00024995 | PX-102 | | | | |
| 103. | Pneumo Sure High Flow Insufflator User Manuel - Insufflator for Laparoscopy and Vessel Harvesting | STRNG00025161 - STRNG00025250 | PX-103 | | | | |
| 104. | PPQA #1700, Binder 1 of 2, PneumoSure 45L Insufflator | STRNG00026687 - STRNG00027124 | PX-104 | | | | |
| 105. | PPQA #1700, Binder 2 of 2, PneumoSure 45L Insufflator | STRNG00027125 - STRNG00028067 | PX-105 | | | | |
| 106. | Questions about Insufflators | STRNG00021464 | PX-106 | | | | |
| 107. | Comparison gas flow from pressure source to abdomen Northgate/WOM | STRNG00026189- STRNG00026192 | PX-107 | | | | |
| 108. | Stryker Endoscopy New Project Plan | STRNG00020755- STRNG00020757 | PX-108 | | | | |
| 109. | Financial Spreadsheets | STRNG00028794 | PX-109 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---------|-------------|--------------|----------------|------|-----|------------|------------|
| 110. | 620040600 Pneumo Sure High Flow Insufflator | STRNG00004996-STRNG00005055 | PX-110 | | | | |
| 111. | Stryker U.S. Price Guide 2012 (Pocket Guide) | STRNG00012823-STRNG00012988 | PX-111 | | | | |
| 112. | Forecast Spreadsheets (Redacted) | STRNG00005061-STRNG00005063 | PX-112 | | | | |
| 113. | WOM/Stryker Material Overview | STRNG00005328-STRNG00005338 | PX-113 | | | | |
| 114. | U.S. Markets for laparoscopic devices 2010 | STRNG00014200-STRNG00014447 | PX-114 | | | | |
| 115. | U.S. Markets for laparoscopic devices 2006 | STRNG00020506-STRNG00020705 | PX-115 | | | | |
| 116. | 1st Contract Amendment Stryker Sales Corporation | STRNG00028139-STRNG00028139 | PX-116 | | | | |
| 117. | Premier Purchasing Partners, L.P. Group Purchasing Agreement - Capital Equipment | STRNG00028351-STRNG00028407 | PX-117 | | | | |
| 118. | Agreement for Digital Or Products Between KP Select, Inc. and Stryker Sales Corporation | STRNG00028141-STRNG00028203 | PX-118 | | | | |
| 119. | Interim Agreement Price File Kaiser Permanente | STRNG00028129 | PX-119 | | | | |
| 120. | Current WOM Products | STRNG00007578-STRNG00021322 | PX-120 | | | | |
| 121. | Project New WOM Insufflator, F114 Work document state June 27th 2006 | STRNG00021319-STRNG00021322 | PX-121 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 122. | Purchase Agreement | STRNG00028204-STRNG00028219 | PX-122 | | | | |
| 123. | Group Purchasing Agreement Between Amerinet, Inc. and Stryker | STRNG00028305-STRNG00028350 | PX-123 | | | | |
| 124. | Letter from Dale Thiel to Kevin Leung re Investigation of WOM Insufflator (PNEUMOSURE) with attachments | STRNG00026697 - STRNG00026864 | PX 126 | | | | |
| 125. | Stryker Pneumo Sure Manual | STRNG00030421 - STRNG00030513 | PX 127 | | | | |
| 126. | Email from Kevin Leung to Liane Churney re Patent screening on new generation insufflator | STRNG00029943 - STRNG00029943 | PX 128 | | | | |
| 127. | Functional Specs | STRNG00029944 - STRNG00029950 | PX 128A | | | | |
| 128. | Email from Kevin Leung to Liane Churney re Patent screening on new generation insufflator and WOM Patent Review sheet | STRNG00029937 - STRNG00029940 | PX 129 | | | | |
| 129. | Email from Aaron Pettit to Kevin Leung and Liane Churney re patent screening on new generation insufflator | STRNG00029922 - STRNG00029925 | PX 130 | | | | |
| 130. | Email from Kevin Leung to Liane Churney re Patent screening on 45L insufflator | STRNG00029918 - STRNG00029919 | PX 131 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 131. | Email from Liane Churney to Kevin Leung re WOM Insufflator Review: Our Ref.: 3002.M1095US | STRNG00029905 - STRNG00029906 | PX 132 | | | | |
| 132. | Email from Kevin Leung to Liane Churney re WOM Insufflator Review: Our Ref.: 3002.M1095US | STRNG00029901 - STRNG00029902 | PX 133 | | | | |
| 133. | Email from Liane Churney to Aaron Pettit and Kevin Leung re WOM; Our Ref.: 3002.M1095US | STRNG00029860 - STRNG00029860 | PX 134 | | | | |
| 134. | Email from Kevin Leung to Liane Churney re WOM; Our Ref.: 3002.M1095US | STRNG00029858 - STRNG00029859 | PX 135 | | | | |
| 135. | Email from Liane Churney to Kevin Leung re WOM; Our Ref.: 3002.M1095US | STRNG00029856 - STRNG00029857 | PX 136 | | | | |
| 136. | Email from Kevin Leung to Liane Churney re WOM; Our Ref.: 3002.M1095US | STRNG00029854 - STRNG00029855 | PX 137 | | | | |
| 137. | Email from Kevin Leung to Liane Churney and Martin Tscherkow re WOM; Our Ref.: 3002.M1095US | STRNG00029846 - STRG00029850 | PX 138 | | | | |
| 138. | Email from Kevin Leung to Liane Churney re Information on 45L insufflator in regard to Northgate patent and attached docs | STRNG00029584 - STRNG00029587 | PX 139 | | | | |
| 139. | Letter from Dale Thiel to William S. Field & Associates re Search Request | STRNG00029356 - STRNG00029359 | PX 140 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 140. | Letter from William Field to Dale Thiel re Invalidity/Prior Art Search "U.S. Patent No. 6,299,592 to Northgate" | STRNG00029829 - STRNG00029834 | PX 141 | | | | |
| 141. | Letter from Dale Thiel to Aaron Pettit re Investigation of WOM Insufflator (PNEUMOSURE) | STRNG00029346 - STRNG00029348 | PX 142 | | | | |
| 142. | Email from Dale Thiel to Aaron Pettit re Investigation of WOM Insufflator (PNEUMOSURE); Our Ref: 3002.M1095US | STRNG00029804 - STRNG00029804 | PX 143 | | | | |
| 143. | Stryker Pre-Production Quality Assurance, PPQA #1700 Binder 1 of 2, Pneumo Sure 45L Insufflator | STRNG00026687 - STRNG00027124 | PX 144 | | | | |
| 144. | April 25, 2014 Court Order regarding Instructions to Court Appointed Liability Expert | | PX145-150 | | | | |
| 145. | Neutral Expert Report of David Lipson | | PX-149 | | | | |
| 146. | Order of March 24, 2014 regarding Claim Construction and Northgate's Motion for Reconsideration | | PX-150 | | | | |
| 147. | Instructions to Sidak | | PX-151 | | | | |
| 148. | Neutral Expert Report of Gregory Sidak | | PX-152 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 149. | Sidak Errata Sheet | | PX-153 | | | | |
| 150. | Selwyn Declaration with Deposition Transcript | | PX-154 | | | | |
| 151. | Cornerstone | | PX-155 | | | | |
| 152. | FTC Article (Evolving IP Marketplace) | | PX-156 | | | | |
| 153. | Sidak Article (Use of Court appointed experts) | | PX-157 | | | | |
| 154. | Excel Sheet | STRNG0028795 | PX-158 | | | | |
| 155. | March 14, 2014 Oehler Letter | | PX-159 | | | | |
| 156. | March 24, 2014 Oehler Letter | | PX-160 | | | | |
| 157. | Campbell Deposition (Feb. 26, 2014). | | PX-161 | | | | |
| 158. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 | | PX-164 | | | | |
| 159. | Excel Spreadsheet Excerpt | WOM0021673 - WOM0021673 | PX-165 | | | | |
| 160. | HRH Flow Graph | | PX-166 | | | | |
| 161. | Court's Claim Construction Exhibit | | PX-167 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 162. | Neutral Expert Report of David Lipson | | PX-171 | | | | |
| 163. | Claim Construction Order and Order on Northgate's Motion for Reconsideration | | PX-173 | | | | |
| 164. | Genzyme Surgical Products Design Specification Sheet | CF00126 - CF00134 | PX-174 | | | | |
| 165. | Snowden Pencer Computerized Insufflator Brochure | NG004548 - NG004551 | PX-175 | | | | |
| 166. | Snowden Pencer Computerized High Flow Insufflator Operations and Maintenance Manual | NG000425 - NG000450 | PX-176 | | | | |
| 167. | Design Control, Design Verification Sheet for Snowden Pencer High Flow Insufflator | CF00125 | PX-177 | | | | |
| 168. | Expert Report of Jack Goldberg in Response to Expert Report of Cedric Walker | | PX-179 | | | | |
| 169. | Handwritten Notes | WALKER000192 - WALKER000198 | PX-181 | | | | |
| 170. | Expert Report of Bruce W. Burton | | PX-185 | | | | |
| 171. | Excerpts from the Deposition Transcript of J. Gregory Sidak (pages 71, 119-22) | | PX-186 | | | | |
| 172. | Customer Preference Trials - Pneumo Sure XL | | PX-187 | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 173. | Customer Preference Trials - Pneumo Sure XL | | PX-188 | | | | |
| 174. | Customer Preference Trials - Pneumo Sure XL | | PX-189 | | | | |
| 175. | Cost estimate F114 | | PX-190 | | | | |
| 176. | Northgate Sales Spreadsheet 200-2013 | NG015297 | PX-192 | | | | |
| 177. | Deposition Transcript of Daniel Washburn | | PX-193 | | | | |
| 178. | Email Gregory Sidak to William Frankel, Robert Surrette, Tim Walker, Sean Driscoll | | PX-194 | | | | |
| 179. | Northgate's Complaint for Patent Infringement, dated September 4, 2012 | | | | | | |
| 180. | Stryker's Answer to Complaint and Counterclaim, dated October 25, 2012 | | | | | | |
| 181. | W.O.M.'s Answer to Complaint, dated December 21, 2012 | | | | | | |
| 182. | Northgate's Initial Infringement Contentions to W.O.M., dated January 31, 2013 | | | | | | |
| 183. | Northgate's Initial Infringement Contentions to Stryker, dated January 31, 2013 | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 184. | Exhibit A to Northgate's Initial Infringement Contentions to Stryker and W.O.M., dated January 31, 2013 | | | | | | |
| 185. | Stryker's Initial Non-Infringement Contentions Under Local Patent Rule 2.3, dated February 14, 2013 | | | | | | |
| 186. | Exhibit 1 to Stryker's Initial Non-Infringement Contentions Under Local Patent Rule 2.3, dated February 14, 2013 | | | | | | |
| 187. | Stryker's Initial Invalidity and Unenforceability Contentions Under Local Patent Rule 2.3, dated February 14, 2013 | | | | | | |
| 188. | Exhibits to Stryker's Initial Invalidity and Unenforceability Contentions Under Local Patent Rule 2.3, dated February 14, 2013 | | | | | | |
| 189. | W.O.M.'s Initial Non-Infringement, Invalidity and Unenforceability Contentions, dated February 14, 2013 | | | | | | |
| 190. | Northgate's Local Patent Rule 2.5 Initial Response to Stryker's Initial Invalidity Contentions, dated March 8, 2013 | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 191. | Northgate's Local Patent Rule 2.5 Initial Response to W.O.M.'s Initial Invalidity Contentions, dated March 8, 2013 | | | | | | |
| 192. | Northgate's First Amended Complaint for Patent Infringement, dated June 4, 2013 | | | | | | |
| 193. | WOM's Answer, Defenses, and Counterclaims to Plaintiff's First Amended Complaint, dated June 5, 2013 | | | | | | |
| 194. | Stryker Corporation's Response to Plaintiff's First Set of Interrogatories (Nos. 1-14), dated January 14, 2013 | | | | | | |
| 195. | Stryker Corporation's First Supplemental Responses to Plaintiff's First Set of Interrogatories (Nos. 4, 13) | | | | | | |
| 196. | WOM's Answer to Plaintiff's First Set of Interrogatories, dated May 22, 2013 | | | | | | |
| 197. | Stryker Corporation's Response to Plaintiff's Second Set of Interrogatories (Nos. 15-22), dated October 17, 2013 | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 198. | WOM's Answer to Plaintiff's Second Set of Interrogatories, dated October 17, 2013 | | | | | | |
| 199. | Email from Peter Manzie to David Koplowski and Sean Looney re More Insufflator Data (DX 43) | NG006330 – NG006331 | | | | | |
| 200. | Handwritten Notes from 7/15/1994, 7/18/1994 and 8/12/1994 (DX 53) | NG004451 - NG004454 | | | | | |
| 201. | OEM Agreement between Northgate and Linvatec | NG003327 – NG003363 | DX 81 | | | | |
| 202. | U.S. Patent No. 6,299,592 File History | NG000015 – NG00177 | | | | | |
| 203. | Priority Application File History 09/052459 | NG000178 – NG000220 | | | | | |
| 204. | Stryker Pneumo Sure Quick Start Guide | NG000323 – NG000372 | | | | | |
| 205. | Computerized High Flow Insufflator Operations and Maintenance Manual | NG000386 – NG000550 | | | | | |
| 206. | Purchase Order, dated December 14, 2007 | NG004435 | | | | | |
| 207. | Snowden-Pencer Computerized Insufflator | NG004548 – NG004551 | | | | | |
| 208. | Insufflator Pressure Readings Often Inaccurate, Study Finds | NG004720 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 209. | New Insufflator for Laparoscopic Surgery Can Provide Added Patient Benefits | NG004827 – NG004828 | | | | | |
| 210. | Questions and Answers | NG004830 – NG004831 | | | | | |
| 211. | Stryker Webpage – Stryker Insufflators | NG004833 | | | | | |
| 212. | Request for Certificate of Correction for U.S. Patent No. 6,299,592, dated August 8, 2013 | NG004851 – NG004853 | | | | | |
| 213. | Electronic Acknowledgement Receipt for Request for Certificate of Correction for U.S. Patent No. 6,299,592, dated August 8, 2013 | NG004854 – NG004855 | | | | | |
| 214. | 501(k) Summary | NG006081 – NG006085 | | | | | |
| 215. | Nortech 40L Abdominal Insufflator Operators Manual | NG008481 – NG008511 | | | | | |
| 216. | Christine Duncan, "Carbon dioxide embolism during laparoscopy: A case report," Journal of the American Association of Nurse Anesthetists, April 1992 | STRNG00000106 – STRNG00000125 | | | | | |
| 217. | Gasless Laparoscopy- The Concept/Technique | STRNG00000593 – STRNG00000594 | | | | | |
| 218. | UCSD Health Guide: Laparoscopy | STRNG00000595 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 219. | Laparoscopy.com – Welcome Page | STRNG00000596 – STRNG00000598 | | | | | |
| 220. | Modular Trocar Generation with Silicone Valve | STRNG00000599 – STRNG00000600 | | | | | |
| 221. | PneumoSure Customer Preference Trials Test Protocol – 888.1619 | STRNG00020763 – STRNG00020767 | | | | | |
| 222. | Software Documentation F114 | WOM0000509 – WOM0000563 | | | | | |
| 223. | Stryker 45L Core Insufflator Manual | WOM0001121 – WOM0001212 | | | | | |
| 224. | Functional Specifications | WOM0001768 – WOM 0001796 | | | | | |
| 225. | Software Documentation F114 | WOM0004534 – WOM0004572 | | | | | |
| 226. | Software Documentation F114 | WOM0004573 – WOM0004612 | | | | | |
| 227. | W.O.M. Test Evaluation of the F114/45L CORE Insufflator (High Flow Mode) | WOM0004736 – WOM 0004748 | | | | | |
| 228. | Final Inspection/Test Plan for  45L Core Insufflator/F114 | WOM0004770 – WOM0004792 | | | | | |
| 229. | Executive Summary | WOM0006677 – WOM0006696 | | | | | |
| 230. | Device Description | WOM0006697 – WOM0006718 | | | | | |
| 231. | Substantial Equivalence Discussion | WOM0006719 – WOM0006832 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 232. | Proposed Labeling for 45L Core Insufflator F114 | WOM0006833 – WOM0006942 | | | | | |
| 233. | Software Documentation | WOM0006949 – WOM0007098 | | | | | |
| 234. | Operational Diagram 45L Core Insufflator | WOM0012193 – WOM0012195 | | | | | |
| 235. | Stryker PneumoSure High Flow Insufflator Service Manual | WOM0017905 – WOM0017981 | | | | | |
| 236. | ConMed Linvatec – Concept GS2000 45L Multi-mode Insufflator | WOM0021327.020 – WOM0021327.032 | | | | | |
| 237. | The Brand-New 40 I Lapflow Insufflator | WOM0021328 – WOM0021332 | | | | | |
| 238. | Aalborg GFM Mass Flow Meters Operating Manual | | | | | | |
| 239. | David Lomanto and Wei-Keat Cheah, Manual of Laparoscopic Surgery, First Edition, 2004 | | | | | | |
| 240. | The 1st Edition: Prevention & Management- Chapter 1. Pneumoperitoneum: Production, Management, Effects and Consequences by Douglas E. Ott, MD | | | | | | |
| 241. | Laparoscopic abdominal surgery by Mandy Perrin, FRCA and Anthony Fletcher FRCA | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 242. | New Insufflator for Laparoscopic Surgery Can Provide Added Patient Benefits  Smith-Nephew.com | | | | | | |
| 243. | Secrets of safe laparoscopic surgery: Anesthetic and surgical considerations  by Dr. Arati Srivastava  Journal of Minimal Access Surgery | | | | | | |
| 244. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104 -Exhibit A: Curriculum Vitae | | | | | | |
| 245. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit B: Materials Considered | | | | | | |
| 246. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit C: Claim Chart | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 247. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit D: Regarding Test Setup | | | | | | |
| 248. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit E: Test Results B Though B | | | | | | |
| 249. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit F: Test Results J and K | | | | | | |
| 250. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit G: RTP Measuring Pause Test Images | | | | | | |
| 251. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit H: Other Test Images | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 252. | Expert Report of Jack Goldberg Concerning the Infringement of U.S. Patent No. 6,299,592 dated April 1, 2104-Exhibit I: DVD Containing Materials Considered | | | | | | |
| 253. | Notice of Deposition by Subpoena, dated October 15, 2013 | | | | | | |
| 254. | Email from E. Tim Walker to David Lindner, dated October 30, 2013 at 3:20 P.M. | | | | | | |
| 255. | Defendants Deposition Exhibit No. 79 | | | | | | |
| 256. | Continued Prosecution Application | NG004178 - NG004185 | | | | | |
| 257. | Expert Report of Jack Goldberg in Response to Expert Report of Cedric Walker Dated April 15, 2014-Exhibit A: Curriculum Vitae | | | | | | |
| 258. | Expert Report of Jack Goldberg in Response to Expert Report of Cedric Walker Dated April 15, 2014-Exhibit B: Materials Considered | | | | | | |
| 259. | Linvatec Summary of Insufflator Showcase Trip | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 260. | Stryker Produced Copy of W.O.M. Patent Review in Regards to Project PneumoSure, dated January 3, 2007 | | | | | | |
| 261. | W.O.M. Patent Review in Regards to Project PneumoSure, dated January 3, 2007 | | | | | | |
| 262. | W.O.M. Patent Review in Regards to Project PneumoSure, dated February 13, 2007 | | | | | | |
| 263. | Expert Report of Jack Goldberg In Response to Expert Report of Cedric Walker dated April 15, 2014-Exhibit A: Curriculum Vitae | | | | | | |
| 264. | Expert Report of Jack Goldberg In Response to Expert Report of Cedric Walker dated April 15, 2014-Exhibit B: Materials Considered | | | | | | |
| 265. | Pg. 10 of Nortech Business Assessment & Strategic Marketing Recommendations By David Young – March/April 2012. Page specifically deals with "General Business Assessment – Strategic Outlook". | NG004981 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 266. | Pg. 12 of Nortech Business Assessment & Strategic Marketing Recommendations By David Young – March/April 2012. Page specifically deals with "Strategic Insights – Insufflation Insights". | NG004983 | | | | | |
| 267. | Page 1 of a Business Plan Overview | NG005058 | | | | | |
| 268. | Page from Fiscal Year 2012-2013 Overview | NG005188.1 | | | | | |
| 269. | General Insufflation Market Information – August 2012 | NG005190 | | | | | |
| 270. | First page from Onsite WOM Meeting Document, dated January 19-20, 2012 | NG005405 | | | | | |
| 271. | Last page from Onsite WOM Meeting Document, dated January 19-20, 2012 | STRNG00004924 | | | | | |
| 272. | Page from World of Medicine AG – Device Test and Device End Test Plan –Specific Page referring to "Validation protocol of device Pneumosure/ Pneumosure XL high flow insufflator" | STRNG00004927 | | | | | |
| 273. | Cornell Univ. v. Hewlett-Packard Co., 609 F. Supp. 2d 279, 286-87 (N.D.N.Y. 2009) | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 274. | Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116, 1120, 166 USPQ 235, 238 (S.D.N.Y. 1970), modified and aff'd, 446 F.2d 295 | | | | | | |
| 275. | (2d Cir. 1971), cert. denied, 404 U.S. 870, 92 S.Ct. 1-5 (1971). | | | | | | |
| 276. | Panduit Corp. v. Stahlin Brothers Fibre Works, Inc., 575 F.2d 1152, 1156-1157 (6th Cir. 1978). | | | | | | |
| 277. | Wang Laboratories v. Toshiba Corp. 26 USPQ2d 1767 (Fed. Cir. 1993) | | | | | | |
| 278. | WOM Responses to First Set of Interrogatories dated 3/4/2013 | | | | | | |
| 279. | Northgate's Third Supplemental Responses to Stryker First Interrogatories dated 10/17/2013 | | | | | | |
| 280. | Stryker Laparoscopy Tower | | | | | | |
| 281. | 35 U.S.C. § 284. | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 282. | "A Structured Approach to Calculating Reasonable Royalties," Daralyn J. Durie and Mark A. Lemley, February 2, 2011, Lewis & Clark Law Review, Vol. 14, p. 627-6 "PneumoSure 45L Insufflator" at <https://www.stryker.com/en-us/products/OREquipmentConnectivity/EndoscopicSurgeryEquipment/Laparoscopy/Insufflators/index. http://www.conmed.com/Linvatec PDFs/IBR9047_Rev3Insuff.pdf | | | | | | |
| 283. | http://www.conmed.com/products/advanced-visualization-insufflation.php#CPS http://www.dremed.com/catalog/product_info.php/cPath/630_114/products_id/1866. http://www.northgate-tech.com/products/insufflation | | | | | | |
| 284. | http://www.northgate-tech.com/welcome. | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 285. | http://www.smith-nephew.com/news-and-media/news/new-insufflator-for-laparoscopic-surgery-can-prov/ http://www.world-of-medicine.com/en/company.html. | | | | | | |
| 286. | https://www.stryker.com/en-us/index.htm. http://www.conmed.com/orthopaedics/history.php | | | | | | |
| 287. | Expert Report of Bruce W. Burton dated April 1, 2014-Exhibt Tab 1: Curriculum Vitae | | | | | | |
| 288. | Expert Report of Bruce W. Burton dated April 1, 2014-Exhibit Tab 2: Documents Reviewed | | | | | | |
| 289. | Expert Report of Bruce W. Burton dated April 1, 2014-Exhibit Tab 3: Financial Information Tables | | | | | | |
| 290. | Errata Sheet to Bruce Burton's Expert Report | | | | | | |
| 291. | 2013-07-30 Stryker Privilege Log 2013-07-30 | | | | | | |
| 292. | 2013-07-12 W.O.M. Privilege Log | | | | | | |
| 293. | 2013-08-13 WOM Supp. Privilege Log Northgate v. Stryker_1. | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | N/ADM |
|---------|-------------|--------------|----------------|------|-----|-------|-------|
| 294. | 2013-11-07 Stryker's Updated Privilege Log | | | | | | |
| 295. | 2013-03-04 W.O.M Answer to Plaintiffs First Set of Interrogatories | | | | | | |
| 296. | 2013-03-04 W.O.M Response to First Request for Production | | | | | | |
| 297. | 2013-08-21 Stryker's Responses and Objections to Northgate's Second Set of Document Requests | | | | | | |
| 298. | 2013-10-17 Stryker's Responses and Objections to Northgate's Third Set of Document Requests | | | | | | |
| 299. | 2013-10-17 W.O.M. Response to Northgate Third Request for Prod | | | | | | |
| 300. | Zander Assignment | NG000168-172 | | | | | |
| 301. | Engineering Change Notice to '592 Patent No. to Northgate products | WOM0002048-2055 | | | | | |
| 302. | Engineering Change Notice | NG000374-377 | | | | | |
| 303. | Physical Exhibit | NG000317 | | | | | |
| 304. | Nortech Omniflator 7640 Operators Manual | NG000698-NG000721 | | | | | |
| 305. | Dyonics Access 40 Insufflator Operations/Service Manual | NG000722-NG000749 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 306. | TurboFlow 8000 CO2 Laparoscopic Insufflator, 40 Liter | NG000750-NG000793 | | | | | |
| 307. | Nortech Omniflator 7640 Operators Manual | NG000908-NG00929 | | | | | |
| 308. | Nortech Omniflator 7640 Operators Manual | NG000962-NG000983 | | | | | |
| 309. | Nortech Omniflator 7640 Operators Manual | NG002325-NG002349 | | | | | |
| 310. | Nortech Omniflator 7640 Operators Manual – Servers Copy | NG002350-NG002373 | | | | | |
| 311. | Nortech Omniflator 7640 Operators Manual Revision D – Stamped Obsolete | NG002630-NG002649 | | | | | |
| 312. | Nortech Omniflator 7640 Operators Manual Revision E – Stamped Obsolete | NG002650-NG002670 | | | | | |
| 313. | Nortech Omniflator 7640 Operators Manual Revision F | NG002671-NG002694 | | | | | |
| 314. | Nortech Omniflator 7640 Operators Manual Revision G – Stamped Obsolete | NG002695-NG002719 | | | | | |
| 315. | Nortech Omniflator 7640 Operators Manual Revision H – Stamped Obsolete | NG002720-NG002744 | | | | | |
| 316. | Linvatec GS1000 Insufflator Instruction Manual – Stamped Obsolete | NG002745-NG002788 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 317. | ConMed Linvatec GS1000 Series Insufflators Instruction Manual | NG002789-NG002832 | | | | | |
| 318. | ConMed Linvatec GS1000 Series Insufflators Instruction Manual | NG002833-NG002874 | | | | | |
| 319. | Linvatec 40L Insufflator Operators Manual | NG002875-NG002897 | | | | | |
| 320. | Linvatec GS1000 Series Insufflators Instructions for Use – Draft –Rev 2 | NG002898-NG002920 | | | | | |
| 321. | Linvatec GS1000 Series Insufflators Instructions for Use – Draft –Rev 3 | NG002921-NG002943 | | | | | |
| 322. | Linvatec GS1000 Series Insufflators Instruction Manual | NG002944-NG002987 | | | | | |
| 323. | Smith & Nephew 400 Insufflator Operations/Service Manual | NG002988-NG003020 | | | | | |
| 324. | Smith & Nephew 400 Insufflator Operations/Service Manual – Stamped Obsolete | NG003057-NG003092 | | | | | |
| 325. | Dyonics Access 40 Insufflator Operations/Service Manual | NG003137-NG003164 | | | | | |
| 326. | TurboFlow 8000 CO2 Laparoscopic Insufflator, 40 Liter | NG003165-NG003208 | | | | | |
| 327. | ConMed Linvatec 40L Abdominal Insufflator – Server Copy of Label Sheet – REF GS1002 | NG003229 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 328. | Linvatec 40 LPM Abdominal Insufflator – Copy of Product Label – REF GS1001 | NG003230 | | | | | |
| 329. | Linvatec 40 L Abdominal Insufflator – Copy of Product Label – REF GS1002 | NG003231 | | | | | |
| 330. | Linvatec 40 L Abdominal Insufflator – Copy of Product Label – REF GS1002 | NG003232 | | | | | |
| 331. | Linvatec 40L Abdominal Insufflator – Copy of Label Sheet – REF GS1002 | NG003235 | | | | | |
| 332. | Linvatec 40L Abdominal Insufflator – Copy of Label Sheet – REF GS1002 | NG003236 | | | | | |
| 333. | Smith & Nephew 400 Insufflator – Copy of Label Sheet – Marked Obsolete | NG003237 | | | | | |
| 334. | Smith & Nephew 400 Insufflator – Copy of Label Sheet – Marked Obsolete | NG003238 | | | | | |
| 335. | Copy of Nortech Label – REF 7-640-00 | NG003239 | | | | | |
| 336. | Copy of Nortech Label Sheet – REF 7-640-00 | NG003240 | | | | | |
| 337. | Server Copy of Nortech Label Sheet – REF 7-640-00 | NG003241 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|---|---|
| 338. | ACMI 40 LPM Abdominal Insufflator – Copy of Product Label – REF 006860-901 | NG003247 | | | | | |
| 339. | ACMI 40 LPM Abdominal Insufflator – Copy of Product Label – REF 006860-901 | NG003248 | | | | | |
| 340. | ACMI 40 LPM Abdominal Insufflator – Copy of Product Label – REF 006860-901 | NG003249 | | | | | |
| 341. | ACMI Circon 40 LPM Abdominal Insufflator – Copy of Product Label Sheet – REF 006860-901 – Marked Obsolete | NG003250 | | | | | |
| 342. | ACMI 40 LPM Abdominal Insufflator – Copy of Product Label Sheet – REF 006860-901 – Marked Obsolete | NG003251 | | | | | |
| 343. | Gyrus ACMI Circon 40 LPM Abdominal Insufflator – Copy of Product Label Sheet – REF 006860-901 – Marked Obsolete | NG003252 | | | | | |
| 344. | ACMI 40 LPM Abdominal Insufflator – Copy of Product Label – REF 006860-901 – Marked Obsolete | NG003253 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 345. | Gyrus ACMI Circon 40 LPM Abdominal Insufflator – Copy of Product Label Sheet – REF 006860-901 | NG003254 | | | | | |
| 346. | ConMed Linvatec 40L Abdominal Insufflator – Copy of Label – REF GS1002 | NG003255 | | | | | |
| 347. | ConMed Linvatec 40L Abdominal Insufflator – Copy of Label – REF GS1002 | NG003256 | | | | | |
| 348. | ConMed Linvatec 40L Abdominal Insufflator – Copy of Label Sheet – REF GS1002 – Marked Obsolete | NG003257 | | | | | |
| 349. | U.S. Patent No. 5,013,294 to Baier | NG000221-225 | | | | | |
| 350. | U.S. Patent No. 5,246,419 to Absten | NG000226-232 | | | | | |
| 351. | U.S. Patent No. 5,292,304 to Mantell | NG000233-236 | | | | | |
| 352. | U.S. Patent No. 5,328,458 to Sekino | NG000237-266 | | | | | |
| 353. | U.S. Patent No. 5,423,741 to Frank | NG000267-272 | | | | | |
| 354. | U.S. Patent No. 5,439,441 to Grimsley | NG000273-282 | | | | | |
| 355. | U.S. Patent No. 5,549,546 to Schneider | NG000283-290 | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 356. | U.S. Patent No. 5,676,155 to Novak | NG000291-296 | | | | | |
| 357. | U.S. Patent No. 5,814,012 to Fleenor | NG000297-305 | | | | | |
| 358. | U.S. Patent No. 5,908,402 to Blythe | NG000306-315 | | | | | |
| 359. | UCSD HealthGuide, "Laparoscopy" http://vcdean98-27.ucsd.edu/guide/T0255.htm, Mar. 23, 1998 | | | | | | |
| 360. | AAG CH E-Products-EC Laparoscopy, "Modular trocar generation with silicone valve" http://www.aesculap.de/e/chir/chp_mtro.htm, Mar. 23, 1998 | | | | | | |
| 361. | AAG CH E-Products-EC, "Gasless laparoscopy The concept/technique" http://www.aesculap.de/e/chir/chp_tech.htm, Mar. 23, 1998 | | | | | | |
| 362. | Laparascopy.com-Welcome page http://www.laparoscopy.com/welcome.html, Mar. 23, 1998 | | | | | | |
| 363. | "Computerized Insufflation," advertisement by Snowden Pencer | | | | | | |
| 364. | 40L Insufflator Evaluations, November 10, 1999 | | | | | | |

| PTX NO. | DESCRIPTION | BATES NUMBER | DEP EX. NUMBER | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | ADMIT | N/ADM |
| 365. | Email from Peter Manzie to Annie Heath re Nortech Profile | NG004903-4904 | DX-74 | | | | |
| 366. | Email from Peter Manzie to Robert Mantell re Stryker | NG007737 | DX-63 | | | | |
| 367. | Email from Robert Mantell to Peter Manzie re Stryker, moving ahead! | NG004856 - NG004857 | DX-71 | | | | |
| 368. | Email from Peter Manzie to Robert Mantell re Stryker Proposal (redacted) and attachments | NG004860 - NG004862 | DX-73 | | | | |
| 369. | Email from Robert Mantell to Peter Manzie re Stryker, moving ahead! | NG004907 | DX-76 | | | | |
| 370. | Email from Peter Manzie to Robert Mantell re Stryker Proposal (redacted) and attachments | NG004934 - NG004939 | DX-77 | | | | |
| 371. | Email from Robert Mantell to Peter Manzie re Stryker, moving ahead! | NG008056 | DX-78 | | | | |
| 372. | Photograph of ConMed Insufflator | NG017929 | | | | | |
| 373. | Photograph of ConMed Insufflator | NG017930 | | | | | |
| 374. | Any documents for foundation, impeachment, or rebuttal | | | | | | |
| 375. | Any documents for demonstratives | | | | | | |