IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NORTHGATE TECHNOLOGIES, INC. § § *Plaintiff,* § § v. § § STYRKER CORPORATION d/b/a § STRYKER ENDOSCOPY; AND W.O.M. § WORLD OF MEDICINE AG, § § *Defendants.* § § § | | Case No.: 1:12-cv-7032 Honorable Richard A. Posner Magistrate Judge Arlander Keys |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Northgate Technologies, Inc. and Defendants Stryker Corporation d/b/a Stryker Endoscopy and W.O.M. World of Medicine AG (collectively "Defendants") that, pursuant to Rule 41 (a)(l)(A)(ii), Fed. R. Civ. P., all claims asserted against each other in the above-captioned action will be, and hereby are, dismissed with prejudice. Plaintiff and Defendants agree and represent that:

1. The parties have entered into a Confidential Settlement Agreement effective as of May 16, 2014, ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. Each party will bear its own costs and attorneys' fees for this action, subject to

any separate agreement between and affecting Defendants only.

Agreed To and Accepted By:

By: /s/ William H. Frankel
    William H. Frankel

*Of counsel:*
William H. Frankel
Illinois Bar No.: 3127933
Email: wfrankel@brinksgilson.com
Robert S. Mallin
Illinois Bar No. 6205051
Email: rmallin@brinksgilson.com
David P. Lindner
Illinois Bar No.: 6283382
Email: dlindner@brinksgilson.com
Laura A. Lydigsen
Illinois Bar No.: 6286759
Email: llydigsen@brinksgilson.com
Manish K. Mehta
Illinois Bar No.: 6290204
Email: mmehta@brinksgilson.com
James M. Oehler
Illinois Bar No.: 6301897
Email: joelher@brinksgilson.com
Brinks Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
*Attorneys for Plaintiff*
*Northgate Technologies, Inc.*

By: /s/ Merle Sylvester Elliott
 Merle Sylvester Elliott

 *Of Counsel:*
 Robert Anthony Surrette
 Email: bsurrette@mcandrews-ip.com
 Merle Sylvester Elliott
 Email: melliott@mcandrews-ip.com
 McAndrews, Held & Malloy, Ltd.
 Northwestern Atrium Center
 500 West Madison Street, Suite 3400
 Chicago, IL 60661
 *Attorneys for Defendant*
 *Stryker Corporation d/b/a Stryker*
 *Endoscopy*


By: /s/ Michael Dockterman
 Michael Dockterman

 *Of Counsel:*
 Michael Dockterman (3121675)
 Edwards Wildman Palmer LLP
 225 West Wacker Drive
 Suite 3000
 Chicago, IL 60606
 T: 312-201-2000
 F: 312-201-2555

 And

 Scott D. Wofsy (*pro hac vice*)
 David J. Silvia (*pro hac vice*)
 Edwards Wildman Palmer LLP
 One Canterbury Green
 201 Broad Street
 Stamford, CT 06901
 T: 203-975-7505
 F: 203-975-7180
 *Attorneys for Defendant W.O.M.*
 *World of Medicine AG*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                  /s/ James M. Oehler
                                  James M. Oehler