IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NORTHGATE TECHNOLOGIES, INC.** § § | | |
| *Plaintiff,* § § | | |
| v. § § | | |
| **STYRKER CORPORATION d/b/a** § **STRYKER ENDOSCOPY; AND W.O.M.** § **WORLD OF MEDICINE AG,** § § *Defendants.* § § § | | Case No.: 1:12-cv-7032 <br><br> **Honorable Richard A. Posner** <br> **Magistrate Judge Arlander Keys** |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Northgate Technologies, Inc. and Defendants Stryker Corporation d/b/a Stryker Endoscopy and W.O.M. World of Medicine AG (collectively "Defendants") that, pursuant to Rule 41 (a)(l)(A)(ii), Fed. R. Civ. P., all claims asserted against each other in the above-captioned action will be, and hereby are, dismissed with prejudice. Plaintiff and Defendants agree and represent that:

1. The parties have entered into a Confidential Settlement Agreement effective as of May 16, 2014, ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. Each party will bear its own costs and attorneys' fees for this action, subject to

any separate agreement between and affecting Defendants only.

Agreed To and Accepted By:

By: /s/ William H. Frankel
    William H. Frankel

    *Of counsel:*
    William H. Frankel
    Illinois Bar No.: 3127933
    Email: wfrankel@brinksgilson.com
    Robert S. Mallin
    Illinois Bar No. 6205051
    Email: rmallin@brinksgilson.com
    David P. Lindner
    Illinois Bar No.: 6283382
    Email: dlindner@brinksgilson.com
    Laura A. Lydigsen
    Illinois Bar No.: 6286759
    Email: llydigsen@brinksgilson.com
    Manish K. Mehta
    Illinois Bar No.: 6290204
    Email: mmehta@brinksgilson.com
    James M. Oehler
    Illinois Bar No.: 6301897
    Email: joelher@brinksgilson.com
    Brinks Gilson & Lione
    NBC Tower, Suite 3600
    455 North Cityfront Plaza Drive
    Chicago, Illinois 60611
    Telephone: (312) 321-4200
    Facsimile: (312) 321-4299
    *Attorneys for Plaintiff*
    *Northgate Technologies, Inc.*

By: /s/ Merle Sylvester Elliott
    Merle Sylvester Elliott

    *Of Counsel:*
    Robert Anthony Surrette
    Email: bsurrette@mcandrews-ip.com
    Merle Sylvester Elliott
    Email: melliott@mcandrews-ip.com
    McAndrews, Held & Malloy, Ltd.
    Northwestern Atrium Center
    500 West Madison Street, Suite 3400
    Chicago, IL 60661
    *Attorneys for Defendant*
    *Stryker Corporation d/b/a Stryker*
    *Endoscopy*


By: /s/ Michael Dockterman
    Michael Dockterman

    *Of Counsel:*
    Michael Dockterman (3121675)
    Edwards Wildman Palmer LLP
    225 West Wacker Drive
    Suite 3000
    Chicago, IL 60606
    T: 312-201-2000
    F: 312-201-2555

    And

    Scott D. Wofsy (*pro hac vice*)
    David J. Silvia (*pro hac vice*)
    Edwards Wildman Palmer LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    T: 203-975-7505
    F: 203-975-7180
    *Attorneys for Defendant W.O.M.*
    *World of Medicine AG*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ James M. Oehler
James M. Oehler